UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONG,<br><br>　　　　　Defendant. | No. 2:19-cv-01287-TLN-CKD<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 13, 2020, the court stayed this case for 120 days for purposes of alternative dispute resolution (ADR). On May 11, 2020, defendant filed a motion to opt out of the ADR pilot project due, in part, to plaintiff's release from incarceration. ECF No. 17. Plaintiff has not notified the court of any change in address as required by Local Rule 183(b). Therefore, the court is unable to schedule, much less conduct, a settlement conference without further information from plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days from the date of this order, plaintiff shall notify the court of his current address as required by Local Rule 183(b).
2. Plaintiff shall inform the court if he is willing to participate in a settlement conference

1

or otherwise respond to defendant's motion to opt out of the post-screening ADR project.

3. Failure to comply with this order shall result in a recommendation that this case be dismissed without prejudice.

Dated:  May 13, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gast1287.osc.docx

2