UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON,<br><br>             Plaintiff,<br><br>     v.<br><br>DONG,<br><br>             Defendant. | No.  2:19-cv-01287-TLN-CKD<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed May 13, 2010, plaintiff was ordered to inform the court whether he was willing to participate in a settlement conference or otherwise respond to defendant's motion to opt out of the post-screening ADR project. ECF No. 18.  Plaintiff was warned that failure to respond to the order to show cause would result in this action being dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The period to respond to the court's order has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 Recommendations." Plaintiff is advised that failure to file objections within the

2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3 F.2d 1153 (9th Cir. 1991).

4 Dated: June 23, 2020

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12 12/gast1287.fsc.docx